UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HYDRAPAK LLC,

    Plaintiff,

v.

                                          CASE NO. 8:25-cv-01246-SDM-LSG

SAWYER PRODUCTS, INC,

    Defendant.
_____/

## **ORDER**

    Hydrapak LLC sues (Doc. 1) Sawyer Products, Inc. for patent infringement and moves (Doc. 12) for a preliminary injunction. The magistrate judge recommends (Doc. 58) denying the motion. Sawyer Products does not object to denying the preliminary injunction but objects (Doc. 62) to certain preliminary findings by the magistrate judge. The objection is OVERRULED. The report and recommendation is ADOPTED, and the motion for a preliminary injunction is DENIED.

    ORDERED in Tampa, Florida, on December 9, 2025.

                                                      STEVEN D. MERRYDAY
                                                      UNITED STATES DISTRICT JUDGE