# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

### TAMPA DIVISION

HYDRAPAK LLC,

        Plaintiff,

    v.

SAWYER PRODUCTS, INC.,

        Defendant.

Case No. 8:25-cv-01246-SDM-LSG

**PLAINTIFF'S UNOPPOSED MOTION FOR MISCELLANEOUS RELIEF RE. CLAIM CONSTRUCTION HEARING**

On July 1, 2026, the Court ordered the parties to jointly propose a date and time for a claim construction hearing in Tampa during the week of July 20, 2026 before Magistrate Judge Lindsay Saxe Griffin. Dkt. 81. The parties conferred and provided their availability to Judge Griffin. While both parties stated they could be available for the hearing on July 23-24, this would require Plaintiff's counsel to cancel a previously planned family trip to visit elderly relatives who can no longer travel. Accordingly, Plaintiff proposed August 5-7 as alternative dates for the claim construction hearing. Defendant stated it would not object to a hearing during those dates, and Judge Griffin indicated that she is also available. The parties and Judge Griffin further agreed that the hearing should be scheduled for two days to allow for expert testimony.

In view of the foregoing, Plaintiff respectfully moves the Court to permit the claim construction hearing in this action to be scheduled for two days during the period August 5-7, 2026, starting either August 5 at 9am or August 6 at 9am.

### Local Rule 3.01(g) Certification

Counsel for HydraPak and Sawyer conferred regarding the subject of this motion. Sawyer stated that it does not oppose scheduling the claim construction hearing during the week of August 3-7, 2026.

DATED this 8th day of July, 2026.

Respectfully submitted,

**KOLITCH ROMANO DASCENZO GATES LLP**

By  /s/ Shawn J. Kolitch
       Shawn J. Kolitch
       Email: shawn@krdglaw.com
       621 SW Morrison Street #1100
       Portland, Oregon 97205
       Telephone: (503) 994-1650

*Attorneys for Plaintiff*
*HydraPak LLC*

Page 2